T. H. SUMTER and Wife, Viola M. Sumter, Appellants,

v.

Buford R. SHEFFIELD et al., Appellees.

No. 14396.

United States Court of Appeals Fifth Circuit.

Nov. 4, 1953.

T. H. Sumter, in pro. per.

W. Carloss Morris, Jr., Houston, Tex., Stewart, Burgess & Morris, Houston, Tex., for appellees.

Before HUTCHESON, Chief Judge, and BORAH and RIVES, Circuit Judges.

PER CURIAM.

On consideration of the motion of appellees to dismiss the appeal in the above entitled and numbered cause because not timely taken, it is ordered by the Court that said appeal be, and the same is hereby, dismissed. 116 F.Supp. 373.

Carl William BURKHOLDER, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.

No. 13935.

United States Court of Appeals Ninth Circuit.

Nov. 17, 1953.

Writ of Certiorari Denied Nov. 30, 1953.

See 74 S.Ct. 236.

Rehearing Denied Dec. 14, 1953.

Carl William Burkholder, in pro. per.

Charles P. Moriarty, U. S. Atty., Seattle, Wash., Guy A. B. Dovell, Asst. U. S. Atty., Tacoma, Wash., for appellee.

Before HEALY and POPE, Circuit Judges, and DRIVER, District Judge.

PER CURIAM.

Affirmed on the authority of Jones v. Squier, 9 Cir., 195 F.2d 179, and Winhoven v. Swope, 9 Cir., 195 F.2d 181.